Robert F. Lindley, #080874
ASPC-Lewis/Barchey unit
P.O. Box 70
Buckeye, Az. 85326

☒ FILED   ☐ LODGED

**May 19 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CV-23-01044-PHX-DGC(JFM)

Shawn Jensen, et al.,
   Plaintiffs,
v.
Ryan Thornell, et al.,
   Defendants.

CASE No.: CV-12-00601-PHX-ROS

NOTICE TO COURT

COMES NOW, Robert F. Lindley, #080874, a prisoner at Lewis complex that is still continuing to have problems with medical in getting the necessary medical care that is needed, so I am notifying this court of the fact that its rulings are being ignored against my medical needs under the Deliberate Indifference standard by the following:

1. That since 12-6-22, I was seen by provider Shannon Joshua NP that acknowledged that I needed to be seen by a Neuro-doctor on a shunt in the left temporal lobe of brain placement that has not only stopped working in 1995, but also, more importantly I've started to out grow so that it is causing restrictions and tightness to the point that I have literally pulled the skin from my left lower breast area causing swelling and pain.

2. That since that point I've seen Ms. Joshua NP on 1-21-23 for MRI-scan problems; 2-9-23 for MRI-scan problems of scheduling;

1 of 2

2-17-23, seen Shannon Joshua, IVP, again for rescheduling of MRI-scan; 3-8-23, finally got MRI-scan; 3-28-23, follow up info. to try to get Neuro appointment placed; 4-15-23, status request on Neuro appointment; 5-2-23, told that in 14 days I'm to be seen by provider Ms. Joshua again to try and set a Neuro appointment; to date I've not been seen, nor can I seem to be able to get them to get me to a Neuro-doctor to be able to address the pain and suffering this is causing me.

This is a notice to the Court in hopes that I can get some assistance to get some proper medical care for this issue that has been drawn out far further then medically necessary.

RESPECTFULLY submitted this 19<u>th</u> day of May, 2023.

By: *(signature)*
Robert F. Lindley
Plaintiff, Pro Se